United States District Court
Southern District of Texas
**ENTERED**
June 12, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UTEX INDUSTRIES, INC., § § Plaintiff, § § v. § § TROY WIEGAND and GARDNER § DENVER, INC., § § Defendants. § | CIVIL ACTION NO. H-18-1254 |

### ORDER

The August 17, 2020, jury selection and trial are **CANCELED**. Docket call will be held on August 14, 2020, at 3:00 p.m. The court will discuss with counsel a date for trial at the August 14, 2020, docket call.

**SIGNED** at Houston, Texas, on this the 12th day of June, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE